

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| SALVADOR GARCIA, | § | No. 08-19-00176-CR |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| THE STATE OF TEXAS, | § | of Pecos County, Texas |
| State. | § | (TC# 3539) |
|  | § |  |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **March 21, 2020.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Jepson, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before March 21, 2020.

IT IS SO ORDERED this 18th day of February, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.